UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LURIE BONINI,

    Plaintiff,

v.                                              CASE NO. 8:17-cv-164-T-23TGW

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 55), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on August 16, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE